Exhibit A

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Theodore J. Peterson, (Affiant) being duly sworn, declare and state:

## INTRODUCTION AND AGENT BACKGROUND

1. Affiant has been employed as a Special Agent of the ATF since December of 2020. Affiant is currently assigned to the Wichita Field Office in Wichita, KS. As a Special Agent with ATF, affiant attended the Federal Law Enforcement Training Center's (FLETC) Criminal Investigator Training Program (CITP) and ATF Special Agent Basic Training (SABT). Prior to being employed by ATF, affiant was employed by the United States Border Patrol (USBP) as a Patrol Agent from 2011 to 2020. Affiant was assigned to the Brian A. Terry Border Patrol Station Mountain Team and the Cochise County Sheriff's Office (CCSO) Southern Arizona Border Region Enforcement (SABRE) task force units, both of which specialized in transnational criminal organization interdiction regarding narcotics/human smuggling and cross-border violence.

2. As a Special Agent with the ATF and/or Patrol Agent with the USBP, affiant has received training in arson, explosives, firearms, tobacco, violent crime, gang related investigation, transnational criminal organization investigation, and drug/human trafficking investigations. As a Special Agent with ATF and/or USBP, affiant has conducted and/or participated in investigations involving explosives, firearms, controlled substances, and violent crimes. Affiant has utilized confidential informants to obtain information and evidence, conducted thousands of interviews of suspects and witnesses, written and prepared reports used in support of federal search warrants, and executed state and federal arrest warrants. Affiant has conducted and/or participated in investigations resulting in the seizure of contraband, currency, vehicles, and other evidentiary items related to drug investigations.

3. This affidavit is submitted in support of a complaint for forfeiture for the following property:

a. approximately $7,065.44 in United States Currency seized by the Wichita Police Department on or about June 22, 2020;

b. approximately $5,865.00 in United States Currency seized by the Wichita Police Department on or about September 6, 2020;

c. approximately $1,535.00 in United States Currency seized by the Wichita Police Department on or about September 18, 2020;

d. an Anderson Model AM-15, .223 caliber rifle, serial number 19156803;

e. a Smith & Wesson, Model SD40, 40 caliber pistol, serial number FCA5501; and

f. assorted ammunition.

4. The information in this affidavit is information known to me as a result of my participation in this investigation or is information that has been communicated to me by others involved in this investigation. As will be demonstrated herein, probable cause exists that Izayah SMITH has conspired to commit, and has committed, offenses in violation of 21 U.S.C. § 841 and the property listed in paragraph 2 above constitutes proceeds traceable to these violations or is facilitating property for these violations which are forfeitable to the United States pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 924.

5. On or about June 22, 2020, officers with the Wichita Police Department observed Izayah SMITH leaving XXXX S. Hiram in Wichita, Kansas. SMITH has been arrested several times for drug distribution and regularly advertises the sale of narcotics on social media.

6. SMITH placed a black bag with blue handles in the trunk of a white Nissan Altima before leaving the house on Hiram with two other individuals. SMITH was a passenger in the Altima.

7. The Altima appeared to be fleeing from the area and was eventually stopped for exceeding the speed limit.

8. Officers observed the odor of marijuana coming from the vehicle and a marijuana grinder was located in the driver's door pocket.

9. Officers searched the vehicle and located a loaded Anderson AM-15 rifle with serial number 19156803, approximately 1282 grams of marijuana, 75 marijuana vape pens, approximately 347 Xanax pills, a digital scale, and $7065.44 in the black bag with blue handles placed in the trunk by SMITH.

10. On September 6, 2020, officers with the Wichita Police Department obtained and executed a search warrant for room 2103 at the Canterbury Inn located at 5805 W. Kellogg Dr. in Wichita, Kansas. The room was rented to SMITH.

11. Officers had observed a female leave the Canterbury Inn and conducted a traffic stop. The female showed officers snapchat photographs of SMITH advertising marijuana and Xanax pills for sale. The female identified SMITH as the person she had just purchased marijuana from at the hotel.

12. During the search of the hotel room officers located a Glock 43X, serial number BMCF655, approximately 21.11 ounces of marijuana, 144 marijuana vape cartridges, 243 Alprazolam pills, and $5,865.00 in United States currency.

13. On September 18, 2020, officers with the Wichita Police Department obtained and executed a search warrant on room 272 at the Springfield Inn located at 600 E. 47th St. S. in Wichita, Kansas. The room was occupied by SMITH and his girlfriend.

14. During the search of the hotel room officers located 2 grams of suspected marijuana, a Smith & Wesson .40 caliber handgun with serial number FCA5501, approximately 239 Alprazolam pills, and $1,535.00 in United States Currency.

15. On April 20, 2021, in 21-CR-10023, SMITH was indicted in a six count Indictment on two counts of possession of marijuana with the intent to distribute, two counts of possession of a firearm in furtherance of a drug trafficking crime, and two counts of possession of a firearm by a prohibited person.

16. On July 15, 2021, SMITH entered a plea of guilty to count four of the Indictment admitting that he possessed a firearm in furtherance of a drug trafficking crime.

17. On October 13, 2021, SMITH was sentenced to sixty months imprisonment.

18. Based on the foregoing, I have probable cause to believe that the currency identified in paragraph two, above, is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

19. Based on the foregoing, I have probable cause to believe that the firearms identified in paragraph two, above, are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(11) as

they were intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.

20. Based in the foregoing, I have probable cause to believe that the firearms identified in paragraph two, above, are subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) as they were involved in or used in a violation of the Controlled Substances Act or were intended to be used in a violation of the Controlled Substances Act.

THEODORE PETERSON
Special Agent
ATF

Subscribed and sworn to before me on this 2 day of April, 2024.




Notary Public

My commission expires 10/11/27.